**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

FILED
HARRISBURG PA

JUL 24 2025

PER _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Jeremiah Wood 05-31276 :

**Full Name of Plaintiff     Inmate Number**

:

v.

Judge William Carlucci
48 W 3d Street
williamsport PA 17701

**Name of Defendant 1**

DA Tom Marino
48 W 3d Street
Sillamnsport PA 17701

**Name of Defendant 2**

Asst. DA Jessica Faese Esq.
48 W. 3d Street
williamsport PA 17701

**Name of Defendant 3**    (for new case 1:25-cv-100)

Lieutenant Rogers et al.
48 W 3d Street
williamsport PA 17701

**Name of Defendant 4**

Head Judge Nancy Butts
48 W. 3d Street
williamsport PA 17701

**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

4:25-cv-1355-DFB

former

**Civil No.** 1:25-cv-100

(to be filled in by the Clerk's Office)

( ✓ ) Demand for Jury Trial

( ___ ) No Jury Trial Demand

---

I.    **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.    Constitution 5th amendment

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

Defendant 2:

_Carlucci William_

Name (Last, First)

_Common Pleas Judge_

Current Job Title

_48 W 3d Street_

Current Work Address

_Williamsport PA 17701_

City, County, State, Zip Code


Defendant 3:

_Thomas marino_

Name (Last, First)

_District Attorney_

Current Job Title

_48 W 3d Street_

Current Work Address

_Williamsport PA 17701_

City, County, State, Zip Code


Defendant 4:

_Assistant DA Jessical Teese_

Name (Last, First)

_Assistant DA_

Current Job Title

_48 W 3d Street_

Current Work Address

_Williamsport PA 17701_

City, County, State, Zip Code


Defendant 5:

_Common Pleas Head Judge Nancy Butt_

Name (Last, First)

_Head Common Pleas Judge_

Current Job Title

_48 W 3d Street_

Current Work Address

_Williamspa— PA 17701_

City, County, State, Zip Code

Page 3 of 6

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

      A.    Describe where and when the events giving rise to your claim(s) arose.

Plaintiff submits the additional facts related to suit for equitable and legal relief against Judge Butt, Carluci and DA Marino and Asst. DA Fease, in amending the complaint in former Case No. 1:25-cv-1001- after submitting in forma pauporis,

      B.    On what date did the events giving rise to your claim(s) occur?

Consistent w/ Twombley and Iqbal, plaintiff avers the following facts (see below) related to the additional, amended complaint relief:

      C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

1. Plaintiff wood is incarcerated in Lycoming County Prison.

2. On 7/7/25 plaintiff requested or a hearing before Common Pleas Judge Carluci who head common Pleas judge Butts self-less, with Assistant DA Fease who Tim Marino supervises an emergeny or expedited furlough request to visit his terminally ill son in hospice (also called gatehouse)

3. Physicians informed wood and Mrs. Two told all son's mother she son had two weeks to live

4. Assistant DA did not oppose furlough but asked court to impose and/or monitor on wood.

5. Sua Sente, Butts supervised Carluci held he would only allow furlough if
    a) be escorted by constable
    b) pay for constable
(50.0 hack)

c. be clothed in prison clothing

d. have wrist shackles and ankle shackle

e. Be in custody of constables

f. visit for maximum of 2 hours

6. Weed's PD Richard Dixon argued these conditions were unrealistic and onerous, even impossible. (arguably argumentative under Twombly Iqbal).

7. Incarcerated plaintiff lacks the means, financial and otherwise, to a) hire a constable (fact 7a):
   b. find a constable to hire (fact 7b)

8. Witness Probation office Christopher Lavallee has depicted Weed as a menace to society. (arguably argumentative)

9. Plaintiff asks court to take notice of Williamsport Sun Gazette article Matthew Carroll, A Blessing: mother looks back on journey to bring son home after 831 days, Friday may 16 2025 (discussing) "the financial strain of travel expenses and childcare ... The Amount of stress ... feeling unwell ... panic attacks ... [related to] bronchopulmonary Anplasia and bronchomalacia sost syndrome" of her son Jaxyn, the son of plaintiff Weed.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Plaintiff argues the Judge's sua sponte imposition of unrealistic and impossible furlough conditions which do facto prevent Weed from visiting his dying son constitute cruel and unusual punishment under the 8th amendment of constitution as incorporated by the 14th Amendment and Section 1983.

Younger abstention does not apply because this furlough request falls under the auspices locally of a bail denial and under Settled law Younger abstention does not apply to bail, or a furlough which is a form of bail in weed's current case (he has not yet gone to Trial or convicted) so furlough falls under bail 8th am.

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Irreparable grievous denial of weed spending time with his dying son.

Younger doctrine

## VI.    RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

Equitable relief - Emergency writ of Mandamus ordering Judge Potts and Carlucci to permit 4 hour visit in street clothes with ankle monitor, with any police or constable expenses billed to Weed account as with other fines and fees (back)

Equitable relief applies because the
Judge Carlucci acts in bad faith in
seeming retaliation for Woed's
past bad acts, which should not have
been allowed into evidence under
the prohibition against character
evidence.

Judge Carlucci knowingly ignored
the character evidence rule impliedly
by claiming Weed would be a
danger to the child, a claim with
no factual basis.

In doing so Judge Carlucci knowingly
ignored the categorical imperative of
family law - best interest of child -
and it is in the child's best interest
to see his father before dying.

Judge Carlucci's ghoulish, unrealistic
conditions should be enjoined and a writ
of mandamus ordering visit as discussed
above.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____

Signature of Plaintiff

_____

Date

Inmate Name _Jeremiah_ Creed_ Inmate #
Lycoming County Prison and 05.31.2016
P.O. Box 247
Phoenix, MD 21131-0247

RECEIVED
t. ARRISBURG, PA

JUL 2 4 2024

PER _____
DEPUTY CLERK

Office of Clerk
Middle District of Pennsylvania
1501 North 6th Street Suite 101
Harrisburg, PA 17102